The People of the State of New York, Respondent, v. Louis T. Walter, Jr., Appellant.— Motion denied. Present — Jenks, P. J., Burr, Carr and Putnam, JJ.

Arnold Seaman, Appellant, v. The Incorporated Village of Mineola, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.

Anna L. Thomass, Appellant, v. Edward Thomass, Defendant, Impleaded with Thomas R. Lewis and Others, Respondents.— Motion granted, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Pierre M. Brown, Respondent, v. Hyman Rosenson and Samuel Wolfson, Appellants.— Order affirmed, with ten dollars costs and disbursements, upon the ground that the uncontradicted evidence is that the defendants falsely represented as to the car "that they were thoroughly acquainted with it and knew its condition and that the machinery was in perfect condition and would need no repairing, and that said automobile needed no overhauling." Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Esther Chamberlain, Respondent, v. Poughkeepsie City and Wappingers Falls Electric Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

James Condon, an Infant, etc., by Margaret Condon, His Guardian ad Litem, Responpent, v. H. C. Stowe Construction Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ.

Catello De Simone, Appellant, v. Yonkers Railroad Company, Respondent.— In view of the fact that the alleged stipulation was not made in open court before the referee, it is doubtful whether it may be enforced under rule 11 of the court rules.* We think that the motion should have been denied. The order is reversed, with ten dollars costs and disbursements, and the motion denied, without costs. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

David Eilau, Respondent, v. Henrietta Eilau and Charlotte Henrietta Eilau, Appellants.— Order affirmed, with ten dollars costs and disbursements, on the authority of *McKinley* v. *Hessen* (202 N. Y. 24). Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.